UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA FRADELLA AND | * | |
| SAM S. FRADELLA | * | CIVIL ACTION NO. |
| Plaintiffs, | * | |
| | * | SECTION: |
| vs. | * | |
| | * | JUDGE: |
| DILLARD DEPARTMENT | * | |
| STORES, INC. | * | MAGISTRATE: |
| Defendant. | * | |

*************************************

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA.

Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1441(b) and 1446, and for the sole purpose of removing this matter to the United States District Court for the Eastern District of Louisiana, Defendant, Higbee LANCOMS, LP (incorrectly identified as Dillard Department Stores, Inc. and/or Dillard's), states that:

A. State Court Action

1. On November 22, 2019, Plaintiffs, Pamela Fradella and Sam Fradella, filed a Petition for Damages in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, styled *Pamela Fradella and Sam S. Fradella versus Dillard Department Stores, Inc.*, Suit No. 801-709. Dillard's was served on December 9, 2019. Copies of the citation are not yet available from the State Court.

2. Pursuant to 28 U.S.C. § 1446(d), counsel for Higbee LANCOMS, LP is filing a copy of this Notice in the 24th Judicial District Court for the Parish of Jefferson, Louisiana and is sending a copy of the Notice to Plaintiffs' counsel.

B. <u>Diversity of Citizenship</u>

3. There is complete diversity of citizenship between Plaintiffs and Defendant.

4. At the time Plaintiffs commenced this action, they were citizens of the State of Louisiana. (Exhibit 1, Petition for Damages).

5. Higbee LANCOMS, LP is a Delaware limited partnership. LANCOMS GP, LLC and Higbee InvestCo, LLC are the partners.

    a. LANCOMS GP, LLC is a Delaware limited liability company. The sole member is The Higbee Company, LLC.

    b. Higbee InvestCo, LLC is a Delaware limited liability company. The sole member is The Higbee Company, LLC.

        i. The Higbee Company, LLC is a Delaware limited liability company. The sole member is Dillard International, LLC.

        ii. Dillard International, LLC is a Nevada limited liability company. The sole member is Construction Developers, LLC.

        iii. Construction Developers, LLC is an Arkansas limited liability company. The sole member is Dillard's, Inc.

        iv. Dillard's, Inc. (formerly known as Dillard Department Stores, Inc.) is a Delaware corporation with its principal place of business in Arkansas.

6. A defendant has the right to remove a case to federal court if it involves a dispute between completely diverse parties and the amount in controversy, excluding interest and costs, exceeds $75,000. 28 U.S.C. § 1332. The defendant, as the removing party, has the burden of establishing federal jurisdiction. *Griggs v. State Farm Lloyds*, 181 F.3d 694, 699 (5th Cir. 1999); *Jernigan v. Ashland Oil, Inc.*, 989 F.2d 812, 815 (5th Cir. 1993).

C. <u>Amount in Controversy</u>

7. In their Petition for Damages, Plaintiffs allege that Pamela Fradella has "suffered almost continuously with the debilitating effects of the injury." Pamela Fradella alleges that she has suffered post-traumatic stress disorder; panic disorder; agoraphobia; severe panic attacks; acute stress disorder; nightmares; intrusive recollections; avoidance of contact with others; increased anxiety; increased depression; cervical damage; lumbar damage; damage to her right and left shoulders, arms, hands, and fingers; temporomandibular joint syndrome ("TMJ"); worsening and/or aggravated pre-existing migraines; mental anguish, humiliation, and embarrassment; and continued mental and physical pain requiring medical intervention. The Petition for Damages alleges that Pamela Fradella is entitled to recover past, present, and future medical expenses; past, present, and future physical and emotional pain and suffering; aggravation, inconvenience, and loss of enjoyment of life; partial, permanent, or functional disability; loss of consortium; and other unspecified damages. The Petition for Damages further alleges that Sam Fradella has suffered damages including loss of consortium, loss of enjoyment of life, loss of services, and other unspecified damages.

8. Furthermore, the undersigned asked Plaintiffs' counsel to stipulate that the amount in controversy does not exceed $75,000, and that request was declined on December 13, 2019. Accordingly, the amount in controversy is satisfied in this case.

D. <u>Diversity Jurisdiction</u>

9. The Court has jurisdiction pursuant to 28 U.S.C. §1332 and this action may be removed to this Court pursuant to 28 U.S.C. §1441, as it is a civil action in which Plaintiffs are residents or citizens of the State of Louisiana and Defendant is not, and in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

E.  Timeliness of Notice of Removal

10. The Defendant first received notice of this civil action through service of the Citation and Petition for Damages on December 9, 2019. A copy of the service and citation are not yet available. On December 13, 2019, Plaintiffs' counsel declined to stipulate that the amount in controversy does not exceeed $75,000. Removal of this action is, therefore, timely under 28 U.S.C. §1446(b).

F.  Relief Requested

11. The Defendant requests that the United States District Court for the Eastern District of Louisiana assume jurisdiction over this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

G.  Required Documents

12. The Defendant is filing with this Notice of Removal the following:

   a. Civil Cover Sheet;

   b. A copy of Plaintiffs' Petition for Damages, attached as Exhibit 1.

   c. A list of all attorneys, including their addresses, telephone numbers, and who they represent, attached as Exhibit 2.

   d. A copy of the state court record from the 24th Judicial District Court for the Parish of Jefferson, attached as Exhibit 3.

H.  Notice of Filing

13. The Defendant has given or is in the process of giving notice of the filing of this Notice of Removal to the State Court and to Plaintiffs through their counsel of record.

**WHEREFORE,** Higbee LANCOMS, LP respectfully requests that this Court remove this action from the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*s/ Lambert J. Hassinger, Jr.*

Lambert J. Hassinger, Jr. (#21683)
jhassinger@gallowaylawfirm.com
Galloway, Johnson, Tompkins, Burr & Smith
4040 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been forwarded to all counsel of record either by depositing same in the United States mail, properly addressed and postage prepaid or via facsimile, this 7th of January, 2020.

*s/ Lambert J. Hassinger, Jr.*

Lambert J. Hassinger Jr.

5