(101) CITATION: PETITION FOR DAMAGES ;      191122-3564-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

PAMELA FRADELLA, ET AL      Case: 801-709    Div: "I"
versus      P 1 PAMELA FRADELLA
DILLARD DEPARTMENT STORES INC

To: DILLARD DEPARTMENT STORES INC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS
CT CORPORATION SYSTEM      CK#4779 $39.36
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ISAAC H. SOILEAU JR and was issued by the Clerk of Court on the 22nd day of November, 2019.

/s/ Wendy R. Gaudet
Wendy R. Gaudet, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;      191122-3564-3

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal      ___ Domiciliary_____

Unable to serve:
___ Not at this address      ___ Numerous attempts ____ times
___ Vacant      ___ Received too late to serve
___ Moved      ___ No longer works at this address
___ No such address      ___ Need apartment / building number
___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ #_____
     Deputy Sheriff
Parish of: _____

FILED FOR RECORD 11/22/2019 08:44:29
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

24th JUDICIAL DISTRICT COURT PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 801-709                                            DIVISION " I "

PAMELA FRADELLA and SAM S. FRADELLA

VERSUS

DILLARD DEPARTMENT STORES, INC.

FILED: _____          _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, PAMELA FRADELLA and, husband, SAM S. FRADELLA, who respectfully represent to the Court the following:

### I. INTRODUCTION

1.

This cause of action arises out of an accident that occurred on or about December 1, 2018 in the Parish of Jefferson, State of Louisiana when plaintiff tripped and fell over merchandise obstructing a walkway around store displays in the Dillard's Department Store at Lakeside Mall.

### II. THE PARTIES

2.

Made Plaintiffs herein are:

a) PAMELA FRADELLA, a person of the full age of the majority and a resident of, and domiciled in the Parish of Jefferson, State of Louisiana; and

b) SAM S. FRADELLA, a person of the full age of the majority and a resident of, and domiciled in the Parish of Jefferson, State of Louisiana

3.

Made Defendant herein is:

a) DILLARD DEPARTMENT STORES, INC., (hereinafter, sometimes, "Dillard's"), a foreign corporation authorized to do and doing business in the State of Louisiana;

1

## III. VENUE

4.

Venue in this Court is proper according to the general rules regarding venue as stated in LA C.C.P. Art. 42, *et seq.*, and, more specifically LA C.C.P. Art. 74, because the wrongful conduct occurred in Jefferson Parish.

## IV. JURISDICTION

5.

This Court has personal jurisdiction over defendant, which regularly transacts business and contracts to supply services in the State of Louisiana and, more specifically, in Jefferson Parish.

## V. FACTS OF INCIDENT

6.

On December 1, 2018, at approximately 5:00 PM, Plaintiff was an invitee and patron at Dillard's Store inside of Lakeside Mall, in the Parish of Jefferson, State of Louisiana. Dillard's, at the time, was decorated for the holiday season and had Christmas displays throughout the store. Some Christmas displays were located on the floor and included arrangements of store inventory around Christmas trees and/or other types of Christmas decorations.

7.

These Christmas displays created narrow, congested and/or blocked walkways through the display. The displays included arrangement of presents and/or bags which were obscured and/or were too close to the ground making them difficult to be reasonably seen or avoided.

8.

On the date and time first mentioned herein, Plaintiff selected items from the display which she intended to inspect and purchase. As she was walking in an unreasonably narrow display walkway, carrying these items, she, suddenly and without warning, tripped and fell on a portion of the display which had been negligently placed in the walkway creating an obstruction.

9.

Plaintiff fell violently to the ground, striking her arms and right side causing immediate and ongoing pain to her head, neck, shoulders, low back and arms and also aggravating pre-existing conditions.

## VI. LIABILITY OF DEFENDANTS

10.

Dillard's' negligence was the sole and proximate cause of the incident for the following reasons:

a. Failing to exercise reasonable care;

b. Failing to keep its walkways, passageways, and floors in a reasonably safe condition;

c. Failing to keep its premises free of any hazardous conditions which reasonably might give rise to damage to Plaintiff;

d. Creating a condition that presented an unreasonable risk of harm to Plaintiff that was reasonably foreseeable;

e. Having actual and/or constructive notice of a condition which could cause injuries to Plaintiff, prior to the occurrence;

f. Extreme and outrageous conduct;

g. Causing severe physical harm to Plaintiff;

h. Causing and/or having actual and/or constructive knowledge of the likelihood of genuine and serious physical harm arising from their unreasonable display of inventory;

i. Failure to properly care for its patrons;

j. Failure to properly train employees;

k. Failure to provide proper security;

l. Failure to have appropriate store sweep or housekeeping procedures to ensure all walkways and floors are safely clear of any debris;

m. Any and all other acts of negligence, fault or imprudence, which may be proven during the investigation and/or trial of this matter, all of which are violations of the laws of the State of Louisiana and/or applicable ordinances of the Parish of Jefferson, which are hereby specifically pleaded and adopted by references as those set forth *in extenso*.

3

11.

All of the actions and/or inactions by Defendant were contrary to Defendant's obligation to exercise due care and prudence, and to follow the, rules, regulations and ordinances of the State of Louisiana and Parish of Jefferson, which laws, rules, regulations and ordinances are specifically pleaded herein as if they were copied and set out *in extenso*.

12.

Additionally, and/or alternatively, Defendant is liable to Plaintiff under Louisiana Law including, but not limited to, the Louisiana Merchant Liability Act, La. R.S. 9:2800.6 in that it created and/or had actual and/or constructive knowledge of a condition that presented an unreasonable risk of harm to Plaintiff; the risk of harm was reasonably foreseeable; defendant failed to exercise reasonable care; and the damages to Plaintiff would have been prevented had Defendant exercised reasonable care.

13.

Additionally, and/or alternatively, Defendant is liable to Plaintiff for Negligent Infliction of Emotional Distress in that there was an especial likelihood of genuine and serious mental distress arising from special circumstances; defendant's conduct was outrageous; and Plaintiff's mental distress was caused and/or exacerbated by the incident.

14.

As a result of this incident, Plaintiff, PAMELA FRADELLA has been unable to do all of the things that she did before this injury and has suffered almost continuously with the debilitating effects of the injury. She has suffered:

  a. Post-Traumatic Stress Disorder;

  b. Panic Disorder;

  c. Agoraphobia;

  d. Severe panic attacks;

  e. Acute Stress Disorder;

  f. Nightmares;

  g. Intrusive Recollections;

  h. Avoidance of contact with others;

  i. Increased Anxiety;

  j. Increased Depression;

k. Cervical damage;

l. Lumbar damage with right radiculopathy and numbness;

m. Damage to her right shoulder, arm, hand and fingers, including radicular symptoms and numbness;

n. Damage to her left shoulder, arm, hand and fingers, including radicular symptoms and numbness;

o. Temporomandibular joint syndrome (commonly referred to as "TMJ");

p. Worsening and/or aggravated pre-existing migraines;

q. Mental anguish, humiliation and embarrassment and continued mental and physical pain requiring medical intervention.

15.

As a result of the actions or inactions of Dillard's and/or its employees, Petitioner, PAMELA FRADELLA, is entitled to recover from the Defendants all general and specific damages which may be proven at trial and deemed reasonable under the circumstances, including past, present, and future medical expenses, including, but not limited to, treatment, prescription medications, and other medically necessary services; past, present, and future physical pain and suffering; past, present, and future emotional pain and suffering; aggravation, inconvenience, and loss of enjoyment of life; partial, permanent or functional disability; and any other damages which may be proven at trial.

16.

Pamela Fradella itemizes her damages from the incident as follows:

a. Past mental anguish, aggravation and annoyance;

b. Future mental anguish, aggravation and annoyance;

c. Past medical expenses;

d. Future medical expenses;

e. Inconvenience and humiliation;

f. Loss of consortium;

g. Loss of enjoyment of life; and,

h. Any and all other damages to be proven at trial on the merits.

5

17.

As a result of her injuries, PAMELA FRADELLA has been unable to perform her normal activities including caring for her family, her marriage and her household, resulting in a loss of affection, services and companionship to her husband, SAM S. FRADELLA.

18.

Sam S. Fradella itemizes his damages from the incident as follows:

a. Loss of consortium;

b. Loss of enjoyment of life;

c. Loss of services;

d. Any and all other damages to be proven at trial on the merits.

19.

Plaintiffs are entitled to the recovery of damages in an amount reasonable under the premises.

WHEREFORE, premises considered, Plaintiffs, PAMELA FRADELLA and SAM S. FRADELLA, pray that, after due proceedings are had, there be judgment in favor of PAMELA FRADELLA and SAM S. FRADELLA and against DILLARD'S DEPARTMENT STROES, INC., in such amounts determined to be reasonable under the premises, with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings. In addition, Plaintiffs, PAMELA FRADELLA and SAM S. FRADELLA, pray for all other general and equitable relief as this Court deems appropriate and that the Defendants identified herein be duly cited to appear and answer this petition and that defendant herein be served as indicated herein below.

Respectfully submitted,

_____
Isaac H. Soileau, Jr. (LSBA No. 21384)
ihs.soileaulegal@gmail.com
Ryan A. Jurkovic (LSBA No. 31384)
rjurkovic@soileaulegal.com
SOILEAU & ASSOCIATES, LLC
1010 Common Street, Suite 2910
New Orleans, Louisiana 70112
504 522 5900 / 504 522 5998 (fax)

Attorneys for Plaintiffs,
Pamela Fradella & Sam S. Fradella

[service page continues]

6

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

PLEASE SERVE:

1. **DILLARD DEPARTMENT STORES, INC.**
   Through its Registered Agent for Service of Process:
   CT Corporation System
   3867 Plaza Tower Dr.
   Baton Rouge, LA 70816

 **CT Corporation**

**Service of Process Transmittal**
12/09/2019
CT Log Number 536768114

| | |
|---|---|
| **TO:** | NANETTE COLEY<br>Dillard's, Inc.<br>1600 Cantrell Rd<br>Little Rock, AR 72201-1145 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | DILLARD DEPARTMENT STORES, INC. (Former Name) (Domestic State: DE)<br>Dillard's, Inc. (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | PAMELA FRADELLA and SAM S. FRADELLA, PLTFS. vs. DILLARD DEPARTMENT STORES, INC., DFT. |
| **DOCUMENT(S) SERVED:** | PETITION, CITATION |
| **COURT/AGENCY:** | 24th Judicial District Court, Parish of Jefferson, LA<br>Case # 801709 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 12/01/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/09/2019 at 08:50 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 CALENDAR days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | ISAAC H. SOILEAU<br>Soileau & Associates, LLC<br>1010 Common Street, Suite 2910<br>New Orleans, LA 70112<br>504-522-5900 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/09/2019, Expected Purge Date: 12/14/2019<br><br>Image SOP<br><br>Email Notification, NANETTE COLEY nanette.coley@dillards.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 S La Salle St Ste 814<br>Chicago, IL 60604-1101 |
| **For Questions:** | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of 1 / SV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

(101) CITATION: PETITION FOR DAMAGES ;    191122-3564-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

PAMELA FRADELLA, ET AL  
versus  
DILLARD DEPARTMENT STORES INC

Case: 801-709    Div: "I"  
P 1 PAMELA FRADELLA

To: DILLARD DEPARTMENT STORES INC  
THROUGH ITS REGISTERED AGENT FOR SERVICE  
OF PROCESS  
CT CORPORATION SYSTEM  
3867 PLAZA TOWER DRIVE  
BATON ROUGE LA 70816

CK#4779 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ISAAC H. SOILEAU JR and was issued by the Clerk of Court on the 22nd day of November, 2019.

/s/ Wendy R. Gaudet  
Wendy R. Gaudet, Deputy Clerk of Court for  
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES ;    191122-3564-3

Received:_____ Served:_____ Returned:_____

Service was made:  
___ Personal        ___ Domicilary _____

Unable to serve:  
___ Not at this address     ___ Numerous attempts _____ times  
___ Vacant                  ___ Received too late to serve  
___ Moved                   ___ No longer works at this address  
___ No such address         ___ Need apartment / building number  
___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ # _____  
                Deputy Sheriff  
Parish of: _____

Imaged 11/22/2019 12:28 - Signed: Deputy Clerk of Court /s/ Wendy R. Gaudet

FILED FOR RECORD 12/16/2019 14:04:20
Dianne A. Everage, DY CLERK
JEFFERSON PARISH, LA

(101) CITATION: PETITION FOR DAMAGES ;                    191122-3564-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

PAMELA FRADELLA, ET AL
  versus
DILLARD DEPARTMENT STORES INC

Case: 801-709    Div: "I"
P 1 PAMELA FRADELLA

To: DILLARD DEPARTMENT STORES INC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

CK#4779 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ISAAC H. SOILEAU JR and was issued by the Clerk of Court on the 22nd day of November, 2019.

/s/ Wendy R. Gaudet
Wendy R. Gaudet, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

---

SERVICE INFORMATION

(101) CITATION: PETITION FOR DAMAGES ;                    191122-3564-3

Received:_____    Served:_____    Returned:_____

Service was made:
  ___ Personal          ___ Domiciliary _____

Unable to serve:
  ___ Not at this address      ___ Numerous attempts ___ times
  ___ Vacant                   ___ Received too late to serve
  ___ Moved                    ___ No longer works at this address
  ___ No such address          ___ Need apartment / building number
  ___ Other _____

I made service on the named party through the CT Corporation

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____    #_____
             Deputy Sheriff
Parish of: _____

DEC 09 2019

by tendering a copy of this document to
☐ Jeannine Beauregard    ☒ Brenna Beauregard
                         ☐ Allison Reed

E. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DEC 0 6 2019

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1